| | |
|---|---|
| 1 | Name: DIANE PIEROTTI |
| 2 | Address: 165 SELIMA WAY |
| 3 | Phone Number: 510 734-7754 |
| 4 | E-mail Address: DIANEPIEROTTI@YMAIL.COM |
| 5 | *Pro Se* |

RECEIVED
JUN 13 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIANE PIEROTTI

    Plaintiff,

vs.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

    Defendant.

Case Number: 16-cv-02936-SK

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: June 15, 2016

APPROVED
Judge Sallie Kim