Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
David Garibaldi (SBN 313641)
dgaribaldi@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Tel: 415.732.3777
Fax: 415.732.3791

Attorneys for Plaintiff DIANE PIEROTTI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE PIEROTTI,<br><br>    Plaintiff,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1-10,<br><br>    Defendants. | Case No. 4:16-cv-02936-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## **STIPULATION**

The parties HEREBY STIPULATE AND AGREE that the Case Management Conference currently scheduled for September 26, 2017 at 10:00 a.m. before District Judge Haywood S. Gilliam, Jr. in Courtroom 2 of this Court be continued for one week until October 3, 2017 at 2:00 p.m. due to an unforeseen scheduling conflict with another matter of Plaintiff's counsel.

IT IS SO STIPULATED BY COUNSEL OF RECORD:


DATED:  September 21, 2017         OGLETREE, DEAKINS, NASH, SMOAK &
                                   STEWART, P.C.


                                   BY: */s/ Danielle Ochs*
                                       DANIELLE OCHS
                                       BECKI D. GRAHAM
                                       RACHEL J. MOROSKI
                                       Attorneys for Defendants
                                       THE REGENTS OF THE UNIVERSITY OF
                                       CALIFORNIA

DATED: September 21, 2017     PERETZ & ASSOCIATES

By: _____
    YOSEF PERETZ
    DAVID GARIBALDI
    Attorney for Plaintiff
    DIANE PIEROTTI

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 21, 2017     PERETZ & ASSOCIATES

By: _____
    YOSEF PERETZ
    DAVID GARIBALDI
    Attorney for Plaintiff
    DIANE PIEROTTI

**ORDER**

Pursuant to this Stipulation and good cause appearing, the Case Management Conference scheduled for September 26, 2017 is hereby vacated. A Case Management Conference shall be held on October 10, 2017 at 2:00 p.m. before District Judge Haywood S. Gilliam, Jr. in Courtroom 2 of this Court.

IT IS SO ORDERED.

DATED: September 22, 2017     _____
                              Hon. Haywood S. Gilliam, Jr.