1  DANIELLE OCHS, CA Bar No. 178677
   danielle.ochs@ogletree.com
2  RACHEL J. MOROSKI, CA Bar No. 286805
   rachel.moroski@ogletree.com
3  ANNA L. PADGETT, CA Bar No. 307146
   anna.padgett@ogletree.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, CA 94105
6  Telephone:   415.442.4810
   Facsimile:   415.442.4870

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

**EXEMPT FROM FEES, GOV. CODE § 6103**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE PIEROTTI,<br><br>        Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1-10,<br><br>        Defendants. | Case No. 16-cv-02936-HSG<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**First Amended Complaint Filed:** August 29, 2017<br>**Complaint Filed**: June 1, 2016 |

Having considered Defendant's Motion for an Order Shortening Time to Hear Defendant's Motion for Partial Summary Judgment, the Court hereby rules that the Motion for an Order Shortening Time is DENIED.

**IT IS SO ORDERED.**

Dated: December 29, 2017

*Haywood S. Gilliam Jr.*
The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

32460022.1