Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
David Garibaldi (SBN 313641)
dgaribaldi@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Tel: 415.732.3777
Fax: 415.732.3791

Attorneys for Plaintiff DIANE PIEROTTI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE PIEROTTI<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1-10,<br><br>Defendants. | Case No. 4:16-cv-02936-HSG<br><br>**ORDER GRANTING AMENDED STIPULATED MOTION TO CONTINUE TRIAL DATE**<br><br>**First Amended Complaint Filed**: August 29, 2017<br>**Complaint Filed**: June 1, 2016<br>**Current Trial Date**: September 24, 2018<br>**Proposed Trial Date**: February 4, 2019 |

Having considered the Amended Stipulated Motion to Continue the Trial Date ("Stipulated Motion") submitted jointly by Plaintiff Diane Pierotti and Defendant The Regents Of The University Of California, and for good cause appearing therefore, the Court hereby GRANTS the Amended Stipulated Motion. Accordingly, the Court will refer this matter to Magistrate Judge Elizabeth D. Laporte for alternative dispute resolution and hereby adopts the following modified Scheduling Order, as follows:

| Event | Deadline |
| --- | --- |
| Settlement Conference | May 4, 2018 |
| Close of Fact Discovery | July 20, 2018 |
| Exchange of Opening Expert Reports | August 6, 2018 |
| Exchange of Rebuttal Expert Reports | August 20, 2018 |
| Close of Expert Discovery | September 3, 2018 |
| Dispositive Motions Hearing Deadline | October **25**, 2018 at 2:00 p.m. |
| Pretrial Conference | January 22, 2019 at 3:00 p.m. |
| 7-Day Jury Trial | February 4, 2019 at 8:30 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 29, 2018

_Haywood S. Gilliam Jr._
Honorable Haywood S. Gilliam, Jr.