1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ALYCE PIEROTTI,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No.16-cv-02936-HSG<br><br>**ORDER DIRECTING PARTIES TO SUBMIT AVAILABILITY FOR BENCH TRIAL** |

There may be a need in this case for an evidentiary hearing to determine the threshold issue of whether Plaintiff is entitled to equitable relief for certain untimely or unexhausted claims. The Court intends to resolve these issues in a bench trial that would take place before the case is submitted to a jury for a decision on the merits.

Accordingly, the parties are **DIRECTED** to meet and confer and submit a joint statement informing the Court as to whether they are available for a two-day bench trial on any of the following dates:

- April 30, 2018 - May 1, 2018
- May 1-2, 2018
- June 19-20, 2018
- June 20-21, 2018
- June 21-22, 2018

Trial would take place between 8:30 a.m. and 1:30 p.m., with the exception of June 22, where trial would begin in the early afternoon.

//

//

1          The parties are directed to file their statement by 5:00 p.m. on March 30, 2018.

2          **IT IS SO ORDERED.**

3 Dated: 3/27/2018

4

5

                                 HAYWOOD S. GILLIAM, JR.

6                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California