UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ALYCE PIEROTTI,<br>    Plaintiff,<br>v.<br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>    Defendant. | Case No. 16-cv-02936-HSG (MEJ)<br>**DISCOVERY ORDER**<br>Re: Dkt. No. 93 |

The Court is in receipt of Defendant's letter regarding Plaintiff's noticed deposition scheduled for July 13, 2018. Having reviewed the letter, the Court **ORDERS** Plaintiff Diane Alyce Pierotti to appear for a deposition on July 13, 2018. The parties are **ORDERED** to meet and confer in person after the deposition to set the dates for the seven additional depositions the parties have agreed will occur. The Court reserves Defendants' request for sanctions.

**IT IS SO ORDERED.**

Dated: July 11, 2018

MARIA-ELENA JAMES
United States Magistrate Judge