Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
David Garibaldi (SBN 313641)
dgaribaldi@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 732-3777
Facsimile: (415) 732-3791

Attorneys for Plaintiff DIANE PIEROTTI

DANIELLE OCHS, CA Bar No. 178677
danielle.ochs@ogletree.com
ANNA L. PADGETT, CA Bar No. 307146
anna.padgett@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

**EXEMPT FROM FEES, GOV. CODE § 6103**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE PIEROTTI,<br><br>        Plaintiff,<br><br>   v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1-10,<br><br>        Defendants. | Case No. 16-cv-02936-HSG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Diane Pierotti ("Plaintiff") and Defendant The Regents of the University of California ("Defendant") (collectively, the "Parties"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) hereby stipulate, in consideration of a private negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: November 20, 2018            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:      /s/ Danielle Ochs
         DANIELLE OCHS
         RACHEL J. MOROSKI
         ANNA L. PADGETT

         Attorneys for Defendant
         THE REGENTS OF THE UNIVERSITY OF CALIFORNIA


DATED: November 20, 2018            PERETZ & ASSOCIATES


By:  /s/ Yosef Peretz
     YOSEF PERETZ
     DAVID GARIBALDI

     Attorney for Plaintiff
     DIANE PIEROTTI


## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: November 20, 2018                    PERETZ & ASSOCIATES


By:   /s/ Yosef Peretz
      YOSEF PERETZ
      DAVID GARIBALDI

      Attorney for Plaintiff
      DIANE PIEROTTI


## ORDER OF DISMISSAL WITH PREJUDICE

The Joint Stipulation of Dismissal with Prejudice executed by Plaintiff Diane Pierotti ("Plaintiff") and Defendant The Regents of the University of California ("Defendant") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), is hereby approved. This entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**



Dated: <u>November 20, 2018</u>

Honorable Haywood S. Gilliam, Jr.
United States District Court
Northern District of California